UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NORMA ANTIPORTA, | Case No. 8:24-cv-01457-SRM-JDE |
|---|---|
| Plaintiff, | ORDER RE: STIPULATED PROTECTIVE ORDER |
| v. | |
| B. BRAUN MEDICAL INC., a corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Having reviewed the Parties' Stipulation (Dkt. 29) and for good cause shown, the Stipulation is GRANTED and is entered as an Order of the Court.

DATED: September 9, 2025

_____
JOHN D. EARLY
United States Magistrate Judge